IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG CAT RESCUE CORP.,
a Florida not for profit corporation,

    Plaintiff,

vs.

BIG CAT RESCUE ENTERTAINMENT
GROUP, INC., an Oklahoma corporation;
G.W. EXOTIC MEMORIAL ANIMAL
FOUNDATION d/b/a Big Cat Rescue
Entertainment Group, an Oklahoma
Corporation, and JOE SCHREIBVOGEL,
a/k/a Joe Exotic a/k/a Aarron Alex a/k/a
Cody Ryan, individually,

    Defendants.
_____/

Case No.: 8:12-cv-02381-JSM-MAP

**MOTION FOR CONSOLIDATION OF ACTIONS
AND INCORPORATED MEMORANDUM OF LAW**

COME NOW, Defendants, BIG CAT RESUCE ENTERTAINMENT GROUP, INC., G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION, and JOE SCHREIBVOGEL, (hereinafter "Defendants"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 42(a)(2) and Local Rule 1.04(c), and respectfully request an Order of Consolidation of Actions, and as grounds therefor states:

1.    Plaintiff filed its original two count Complaint and Amended Complaint on September 2, 2011 and September 7, 2011, respectively, alleging copyright infringement and misrepresentation as to a singular photograph, alleging Defendants used copyrighted material without Plaintiff's permission. *Big Cat Rescue Corp. v. Big Cat Rescue Entertainment Group, Inc. Et al.*, Case No.: 8:11-cv-2014-JDW-TBM.

1

2.     On or about October 19, 2012, the identical Plaintiff chose to file a new two count Complaint, the instant matter, again alleging the same three (3) Defendants utilized additional copyrighted material without the permission of Plaintiff. [DE 1].  A comparison of the two actions reveal the paragraphs in each are almost verbatim identical, including parties, jurisdiction/venue, general allegations and relief sought, other than the identification of the alleged specific copyrighted material itself.

3.     Federal Rule of Civil Procedure 42(a)(2) states that if actions before the court involve a common question of law or fact, the court may consolidate the actions.

4.     Counsel for Defendants has contacted Counsel for Plaintiff to obtain consent, and has been informed that Plaintiff objects to consolidation of the actions.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 42(a)(2) states if actions before the court involve a common question of law or fact, the court may consolidate the actions.  Likewise, Middle District Local Rule 1.04(c) provides "if cases assigned to a judge are related because of either a common question of law or fact or any other prospective duplication in the prosecution or resolution of the cases, a party may move to consolidate the cases for any or all purposes in accord with Rule 42. Fed.R.Civ.P.

The two actions now pending are not only related, but almost identical.  The actions, other than the identification of the specific alleged copyrighted materials, involve both common questions of law and fact.  Each involve, and are based upon, the alleged use of copyrighted material by the identical parties under almost identical alleged circumstances.  The prosecution and resolution of the cases separately will subject the parties and Court to significant duplication

and unnecessary costs and expense, not the least of which is two separate trials in the Middle District of Florida.

The undersigned, pursuant to Local Rule 1.04(c), Middle District Local Rules, has also filed simultaneously herewith the required Notice of Filing Motion to Consolidate in the first filed action.

WHEREFORE, Defendants respectfully request this Court grant this Motion for Consolidation.

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 3.01(G)**

The undersigned counsel certifies that she has consulted with opposing counsel in an effort to resolve the issues raised by this motion, and is informed that opposing counsel objects to the relief of consolidation sought in this motion.

Respectfully Submitted,

*/s/ Nicole E. Durkin, Esq.*

Nicole E. Durkin Esq.
Florida Bar No.:  0078069
13577 Feather Sound Drive, Suite 670
Clearwater, FL 33762
Telephone No.: (727) 399-1999
Facsimile No.:  (727) 329-1499
E-Mail:  ndurkin@floridalawpartners.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2012, I electronically filed the foregoing Motion to Consolidate Actions and Incorporated Memorandum of Law with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice of such filing to all counsel of record:

Frank R. Jakes, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, LLP
P.O. Box 1100
Tampa, FL 33601-1100
Telephone: (813) 225-2500
Facsimile: (813) 223-7118
E-mail: FrankJ@jpfirm.com

*/s/ Nicole E. Durkin, Esq.*

Nicole E. Durkin, Esq.
Florida Bar No.: 0078069