IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BIG CAT RESCUE CORP., a Florida not for profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION; and JOE SCHREIBVOGEL, <br><br> Defendants. | CASE NO. 8:12-CV-02381 JSM-MAP |

## CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiff having filed an action for copyright infringement against Defendants, the parties now request entry of this Judgment.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Plaintiff BIG CAT RESCUE CORP. ("BCR"), with its principal place of business at 12802 Easy Street, Tampa, Florida 33625 owns U.S. Copyright Reg. Nos. VA0001839789 ("Larry Feeds Lion BCR"), VA0001841151 ("Cardboard Enrichment Deer"), PA0001807690 ("Dade City Oktoberfest Raw Footage Howard Holding Cub"), VA001841097 ("HBCameron"), and PA0001810494 ("How to Make a Tiger Popsicle") (hereinafter collectively known as the "Copyrights in Suit").

2. Defendants, BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION; and JOE SCHREIBVOGEL (collectively

Page 1 of 3

"Defendants") with their principal place of business at 25803 N. CR 3250, Wynnewood, Oklahoma 73098; have infringed upon Plaintiff's copyright rights and engaged in misrepresentation under 17 U.S.C. § 512(f).

3. Permanent Injunction is hereby issued against Defendants enjoining them as follows:

A. Defendants, their principals, agents, servants and employees, and all persons in active concert or participation with any of them, shall not reproduce, distribute and use, modify or publish the Copyrights in Suit or any other substantially similar photographs for any purpose;

B. Defendants shall not commit any other act which infringes upon Plaintiff's Copyrights in Suit.

C. Defendants shall not represent, either directly or indirectly that they own the Copyrights in Suit.

4. Final judgment is entered against Defendants BIG CAT RESCUE ENTERTAINMENT GROUP, INC.; G.W. EXOTIC MEMORIAL ANIMAL FOUNDATION; and JOE SCHREIBVOGEL as to Counts I and II of the Complaint, jointly and severally for statutory damages of $25,000.00 to accrue at the applicable post-judgment statutory interest rate for which let execution issue.

Date: 11 Feb. 2013

THE HON. JAMES S. MOODY, JR.

Approved as To Form and Content:

Big Cat Rescue Corp.

By: *Carole Baskin*
Title: CEO

Big Cat Rescue Entertainment Group, Inc.

By: *Schreibvogel*
Title: CEO
Date: 2-8-13

G.W. Exotic Memorial Animal Foundation

By: *Schreibvogel*
Title: CEO
Date: 2-8-13

Joe Schreibvogel

*Schreibvogel*
Date: 2-8-13

1300065